UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MERLIN INMAN and JULIE SCHNELKER,<br><br>Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC., et al<br><br>Defendants. | Case No.: 8:19-cv-00842-AG (ADSx)<br><br><br><br>**ORDER OF DISMISSAL** |
|---|---|

Pursuant to the Stipulation of Dismissal filed by the parties on January 30, 2020, IT IS HEREBY ORDERED that Plaintiffs' causes of action against Defendant EQUIFAX, INC., are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 30, 2020

Honorable Andrew J. Guilford
United States District Judge